UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SYDRIAN LOFTON,<br><br>        Plaintiff,<br>v.<br><br>BREUNER-PEVARNICK NO. 4, ET AL.,<br><br>        Defendants. | Case No.: C-11-02252 PSG<br><br>**STANDBY ORDER TO SHOW CAUSE** |

The court has been advised that the parties have reached a settlement of all claims. Plaintiff Sydrian Lofton ("Lofton") shall file a dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) no later than March 16, 2012. If a dismissal of the action is not filed by that date, Lofton shall appear on March 20, 2012 at 2PM in Courtroom 5, 4th Floor and show cause why the case should not be dismissed.

Failure to comply with this Order may result in dismissal of the action pursuant to

Case No. 11-02252 PSG
STANDBY ORDER TO SHOW CAUSE

Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED**.

Dated:   2/29/2012

_____
PAUL S. GREWAL
United States Magistrate Judge

Case No. 11-02252 PSG
STANDBY ORDER TO SHOW CAUSE